UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK ACCOUNT ID: 100092593046242 STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | Case No.   3:24-MJ- 38  (TOF)<br><br>**Filed Under Seal** |

## MASTER AFFIDAVIT IN SUPPORT OF
## APPLICATION FOR A SEARCH WARRANT

I, ATF Special Agent Gregory Macksoud, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I submit this affidavit in support of a search and seizure warrant in relation to violations of Possession of Firearms or Ammunition by a Convicted Felon, 18 U.S.C. § 922(g)(1), by Osiris MUHAMMAD ("MUHAMMAD"), the user of Facebook account "Slimere," assigned Facebook (Meta) profile account number 100092593046242 (hereinafter the "TARGET ACCOUNT").  There is probable cause to search the information described in Attachment A for evidence of these crimes and/or fruits of these crimes, as described in Attachment B.  Data from TARGET ACCOUNT is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., headquartered at 1601 Willow Road, Menlo Park, California 94025 (hereinafter referred to as "premises") and further described in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B

## AGENT BACKGROUND

2. I am a Special Agent employed by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). As such, I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code; that is, an officer empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Section 2516 of Title 18. I have been employed as a Special Agent with ATF since April of 2015. I attended the ATF's Special Agent Basic Training Academy located in Glynco, Georgia, for a combined period of 15 weeks. Prior to that, I was a Special Agent with the Drug Enforcement Administration ("DEA") in the Western District of Texas for approximately three and a half years. I have received training, both formal and on-the-job, regarding the federal firearms laws administered under Titles 18, 21 and 26 of the United States Code.

3. I have undergone various law enforcement training, including firearms training, training relative to conducting drug and firearms investigations, training on the execution of search and seizure warrants, training on investigative techniques, which include the collection and analysis of data obtained from search warrants. I have received specialized training in firearms identification and the investigation of firearms-related offenses. I have participated in investigations involving individuals who unlawfully possess firearms, of individuals illegally selling and trafficking firearms, and of individuals distributing illegal drugs. I have coordinated the controlled purchases of illegal firearms and drugs utilizing confidential sources, cooperating witnesses, and undercover law enforcement officers. I have written, obtained and coordinated the execution of search and arrest warrants pertaining to individuals involved in the illegal possession and distribution of firearms and drugs. I have conducted electronic and physical surveillance of individuals involved in illegal drug and gun distribution, analyzed records documenting the purchase and sale of firearms and illegal

drugs and provided testimony, in both Grand Jury proceedings and District Court proceedings. I have also spoken with informants and subjects, as well as local, state, and federal law enforcement officers, regarding the way individuals obtain, finance, store, manufacture, transport, and distribute their illegal firearms and drugs. In addition, I have been involved in the investigation of street gangs, including gangs with an international and national presence as well as locally based gangs. I have received training, both formal and on-the-job, in the provisions of the federal firearms and drug laws administered under Titles 18, 21 and 26 of the United States Code.

4. Based on my training, personal experience, participation in said criminal investigations, and the collective experience of other law enforcement officers that I work with, I have become familiar with the methods and techniques used by individuals engaged in illegal firearms possession.

5. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation; from discussions with other Agents of the ATF and other members of law enforcement; and from my review of records and reports relating to the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another ATF agent, law enforcement officer or witness who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken or whose reports I have read and reviewed. Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated.

6. I am thoroughly familiar with the information contained in this affidavit. I have not included every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are essential to support the issuance of the requested search warrant. This

affidavit is made in support of a search warrant for the Facebook account of Osiris MUHAMMAD ("MUHAMMAD"). MUHAMMAD is believed to currently reside in Hartford, CT. I am currently assigned to the ATF Hartford Field Office, and I am investigating MUHAMMAD, who I believe illegally possess firearms and utilizes them for intimidation and the protection of his drug trade.

## PROBABLE CAUSE

7. On January 4, 2024, I met with an ATF Confidential Informant ("CI") at the ATF Hartford Field Office, Hartford, CT. The CI provided investigators with a video posted to Facebook which displayed three individuals, two of which were holding firearms. The video was shared by Facebook user "Slimere," who the CI identified as Osiris MUHAMMAD ("MUHAMMAD") (year of birth 2000). The CI stated that the video was posted on December 31, 2023. In the video, investigators could see a Black male in a black hooded sweatshirt, with a face covering, identified by the CI as MUHAMMAD. About thirteen seconds into the video, MUHAMMAD is observed holding a black-colored pistol in his left hand (as shown below).



4

8. The camera then pans over to another Black male wearing a red hooded sweatshirt (Unidentified Male 1 or "UM-1") with white lettering. UM-1 is also wearing a dark-colored jacket and black face covering. UM-1 is observed waving a black-colored pistol in his left hand. Investigators also observed that UM-1 had a large ring on his left hand (as shown below).



9. The camera then pans to a third Black male ("UM-2"), though it is unclear whether UM-2 is holding anything in his hands.

10. Another video shown to investigators by the CI from the TARGET ACCOUNT was shared with the CI on September 19, 2023. The video detailed a Black male in black pants, black t-shirt, black balaclava, and chain necklace in a white-colored room. The male, identified by CI as MUHAMMAD, is holding a black pistol with a silver-colored slide, in his right hand with a drum magazine loaded into the pistol (screenshot shown below).



11.     Further investigation of the TARGET ACCOUNT revealed similarities between a recent photograph posted to the account and the Connecticut Department of Motor Vehicles ("CT DMV") photograph of MUHAMMAD. On December 25, 2023, at approximately 11:15 a.m., the TARGET ACCOUNT posted "Ended Up By Myself Tryna play For Keeps (emoji)." The picture attached to the post shows a Black male, wearing a black jacket, and ripped jeans inside of a convenience store (as shown below).



12. Closer inspection of this photograph revealed that the Black male wearing the Black jacket had a tattoo above his left eye (as shown below).



13. Examination of MUHAMMAD's driver's license photograph from the CT DMV revealed a similar looking tattoo above his left eye, as shown below.



14. Furthermore, the ATF CI informed investigators, in sum and substance, that MUHAMMAD always carries a firearm on his person, specifically, a Ruger P89, 9mm pistol. The CI stated, in sum and substance, that MUHAMMAD always has this firearm on him unless he is going to see his Probation Officer. Moreover, the CI reported observing the Ruger pistol on MUHAMMAD's person as recently as January 2, 2024.

## CONFIDENTIAL INFORMANT RELIABILITY

15. The ATF CI consulted in this case has been proven reliable and credible over various investigations, throughout several years and different agencies. The CI has previously provided credible information to the ATF New Haven Field Office and the Hartford Police Department. I have personally spoken to the Agents/Officers who worked with CI and confirmed that the

8

information provided was credible. Additionally, CI has provided more recent information to the ATF Hartford Field Office (separate from this case), which has been corroborated.

16. According to a query of the National Crime Information Center (NCIC), MUHAMMAD was previously arrested once, for which he was sentenced to a felony. MUHAMMAD was arrested on February 3, 2019, by West Haven Police Department, West Haven, CT, for numerous charges. On November 17, 2020, MUHAMMAD was sentenced to 12 years jail, execution suspended after 54 months and five (5) years of probation for Robbery 1st Degree – Firearms Threat and Conspiracy to Commit Robbery 1st Degree. MUHAMMAD is currently on State Probation in Connecticut.

17. An interstate nexus investigation was conducted by ATF Hartford, concluding that Ruger P89s were not manufactured in Connecticut.

18. In sum, a reliable and credible ATF CI identified the TARGET ACCOUNT as one belonging to, and utilized by, MUHAMMAD. The URL for this account indicates that it is assigned Facebook (Meta) profile account number 100092593046242. The CI also provided video evidence from the TARGET ACCOUNT displaying MUHAMMAD possessing firearms, described above. ATF investigators further compared images from TARGET ACCOUNT and the CT DMV photograph of MUHAMMAD, resulting in a very strong resemblance. MUHAMMAD, a previously convicted felon, is unable to legally possess firearms and has served a sentence longer than one year (indicating he was aware of the felony status of his conviction.) Moreover, the affiant believes that the CI has provided the information laid out in this affidavit truthfully, as information previously provided to the affiant and other investigators has been verified as accurate.

**FACEBOOK (Meta)**

19. Meta Platforms, Inc., owns and operates Facebook, a free-access social networking website that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the public.

20. Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the resignation process or thereafter. This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

21. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request". If the recipient of a "Friend Request" accepts the request, then the two users will become "friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed", which highlights information about the user's "Friends", such as profile changes, upcoming events, and birthdays.

22. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these

privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

23. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

24. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

25. Facebook users can exchange private messages on Facebook with other users. Those messages are stored by Facebook unless deleted by the user. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat

feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

26. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

27. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

28. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

29. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

30. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

31. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

32. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile and would show when and from what IP address the user did so.

33. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

34. As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged

photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

35. Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

**INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED**

36. With respect to the application for a search warrant for the TARGET ACCOUNT, I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular

18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

37. The requested time frame for this warrant is September 16, 2023, through January 4, 2023. The time frame is based on the date the first video was posted (September 19, 2023). This request is for three days prior to its posting. Based on my training and experience, I believe that communications between MUHAMMAD and others that might have immediately preceded the creation and posting of this video, which relate to the video, would be available on Facebook. Moreover, I know that Facebook has the ability to store locational data in certain circumstances, and that such data might be relevant to determining the circumstances leading up to the September 19 video. The end of the requested time frame is January 4, 2023, because that is the date that I know the December 31, 2023 video remained available for viewing on Facebook, based on information provided by the CI. I submitted a preservation request on the TARGET ACCOUNT, pursuant to 18 U.S.C. § 2703(f), on or about January 5, 2024.

38. Because this warrant will be served on the above-referenced electronic communications provider, and because the returns will be provided to investigators to review on law enforcement systems in an official law enforcement location(s), I request that this warrant be authorized to be executed at any time day or night.

## CONCLUSION

39. Based on the forgoing, I request that the Court issue the proposed search warrant. This Court has jurisdiction to issue the requested warrant because it is "a court of competent

jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that – has jurisdiction over the offense being investigated." Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

### REQUEST FOR SEALING

40. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is not known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

GREGORY MACKSOUD
Digitally signed by GREGORY MACKSOUD
Date: 2024.01.18 11:42:09 -05'00'

Gregory Macksoud
Special Agent
Bureau of ATF

Subscribed and sworn to before me by telephone on January 18, 2024.

Date: 2024.01.18 16:06:06 -05'00'

HON. THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

The property to be searched is:

A Facebook account profile and information associated with the Facebook profile account number 100092593046242, whose profile indicates username: "Slimere" (the "TARGET ACCOUNT").  This information is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered at 1601 Willow Road, Menlo Park, California 94025

**ATTACHMENT B**

(a) **Information to be disclosed by Meta Platforms, Inc**.

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, Platforms, Inc. ("Meta"), regardless of whether such information is stored, held or maintained inside or outside of the United States, and including any messages, records, files, logs, or information that has been deleted but is still available to Meta, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f) on or about January 5, 2024, Meta is required to disclose the following information to the government for the account and identifiers listed in Attachment A, for the time period of September 16, 2023, through January 4, 2024.

a. All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifies.

b. All activity logs for the account and all other documents showing the user's posts and other Facebook activities from September 16, 2023, through January 4, 2024.

c. All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them September 16, 2023, through January 4, 2024, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos.

d. All profile information, News Feed information, videos, photographs, articles, status updates, notes, wall postings, friend lists (including the friends' Facebook user identification numbers), groups and networks which the user is a member (including the group identification numbers), future and past event postings, rejected "friend" requests, comments, gifts, tags, pokes, and information about the user's access and use of Facebook applications.

e. All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string.

f. All other records and contents of communications and messages made or received by the user from September 16, 2023, through January 4, 2024,

      including all Messenger activity, private messages, chat history, video and voice calling history, and pending "friend" requests.

    g. All "check ins" and other location information.

    h. All IP logs, including all records of the IP addresses that logged into the account.

    i. All records of the account's usage of the "like" feature, including all Facebook posts and all non-Facebook webpages and content the user has "liked".

    j. All information about the Facebook pages that the account is or was a "fan" of.

    k. All past and present lists of friends created by the account.

    l. All records of Facebook searched performed by the account September 16, 2023, through January 4, 2024.

    m. All information about the user's access and use of Facebook Marketplace.

    n. The type of service utilized by the user.

    o. The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number).

    p. All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account.

    q. All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Meta is hereby ordered to disclose the above information to the government within fourteen days of issuance of this warrant.

    (b) **Information to be seized by the government**

All information described above in Section I that constitutes evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of 18

3

U.S.C. § 922(g)(1); those violations involving user or users of the account or identifier listed in Attachment A, including information pertaining to the following matters:

    a. The possession of firearms and ammunition;

    b. The purchase, sale, and transfer of firearms and ammunition;

    c. Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

    d. Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

    e. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

    f. The identity of the person(s) who communicated with the user ID about matters relating to the possession, sale, or purchase of firearms and ammunition, including records that help reveal their whereabouts.

(c) Method of Delivery

Meta shall disclose and deliver data responsive to the warrant, if any, by sending the responsive data to **Special Agent Gregory Macksoud, Bureau of Alcohol, Tobacco, Firearms, and Explosives, 21 Oak Street, Suite 303, Hartford, CT 06106** via the United States Postal Service, commercial interstate carrier, or by electronic means.